

ORDERED in the Southern District of Florida on April 14, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In re:

**RAUL MILIAN**                                   Case Number 18-17860-RAM
                                                  Chapter 13

       Debtor(s)

_____/

## ORDER GRANTING DEBTOR'S MOTION TO SELL HOMESTEAD PROPERTY

**THIS CAUSE** came before the Court on the Chapter 13 Consent Calendar on April 13, 2021 at 9:00 A.M. on the Debtor's *Motion to Sell Homestead Property* [D.E. 97] ("Motion") and based upon the record, it is:

**ORDERED AND ADJUDGED** as follows:

1.    The Debtor's Motion is **GRANTED**.

2.    The Court hereby approves the sale of the Debtor's Exempt Real Property,

the address of which is 430 SW 78 Avenue, Miami, FL 33144 (the "Property"), and is legally described as follows:

> **Lot 15 less North 10 feet and all of Lot 14, Block 25, Flagami Third Addition, according to the Plat thereof, as recorded in Plat Book 17, at Page 59, of the Public Records of Miami-Dade County, Florida.**
>
> **Folio No. 30-4003-001-3510**

3. The Debtor will pay off all liens at the time of closing.

5. The balance of the proceeds belong to the Debtor as the property was claimed exempt and no objections to the Debtor's exemption of this property were filed.

6. The Debtor shall file a motion to modify the current plan and a proposed modified plan immediately after closing.

###

Submitted By:
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145
305-285-9100
scanner@miamibankruptcy.com

Attorney Timothy S. Kingcade, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.